(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Kendall Raye Rogers

_____
(Name of Plaintiff or Plaintiffs)

v.    CIVIL ACTION No. 05-721

State of Delaware, Dept. of Public Safety/DMV
_____
(Name of Defendant or Defendants)

**Amended**
**COMPLAINT UNDER TITLE VII**

**OF THE CIVIL RIGHTS ACT OF 1964**

FILED
OCT 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for employment discrimination. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at 23 S. Kirkwood St.,
   (Street Address)
   Dover       Kent       DE.       19904
   (City)     (County)   (State)   (Zip Code)
   302 678 1218
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 303 Transportation,
   (Street Address)
   Circle, Dover    Kent    DE.    19903-0810
   (City)         (County) (State) (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's _____ place of bussiness
                                                     (Defendant's Name)
located at _____
           (Street Address)
   _____
   (City)    (County)    (State)    (Zip Code)

5. The alleged discriminatory acts occurred on __10__, __2__, __03__.
   (Day)     (Month)    (Year)

6. The alleged discriminatory practice  ○ is   ● is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware,

__Division of Industrial Affairs 4425 N. Market st. Wilmington DE. 19802__
(Agency)           (Street Address)        (City)

_____ __DE,__ __19802_____, regarding
(County)   (State)   (Zip Code)

defendant's alleged discriminatory conduct on __12__, __2__, __03__.
                                              (Day)  (Month) (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: __12__, __2__, __03__.
                                                                                    (Day)  (Month) (Year)

9. The Equal Employment Opportunity Commission issued the attached <u>Notice-of-Right-to-Sue</u> letter which was received by plaintiff on: __19__, __Jul__, __05__.
                                                                    (Day)  (Month) (Year)

**_(NOTE:  ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)_**

10. The alleged discriminatory acts, in this suit, concern:
    A.  ○  Failure to employ plaintiff.
    B.  ○  Termination of plaintiff's employment.
    C.  ○  Failure to promote plaintiff.
    D.  ○  Other acts (please specify below)

_____

_____

_____

_____

_____

_____

11. Defendant's conduct is discriminatory with respect to the following:
    A. ○ Plaintiff's race
    B. ○ Plaintiff's color
    C. ○ Plaintiff's sex
    D. ○ Plaintiff's religion
    E. ○ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

*THEREFORE*, Plaintiff prays as follows: (Check appropriate letter(s))

   A. ○ That all fees, cost or security attendant to this litigation be hereby waived.
   B. ○ That the Court appoint legal counsel.
   C. ○ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

From: Kendall Vaughn
23 S. Kirkwood St.
Dover, De. 19904

To: Office of the Clerk
United States District Court
District of Delaware
Lockbox 18  844 King St.
U.S. Courthouse Wilm. DE.
19801

FIRST CLASS