# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 10, 2005

Mr. Kendall Raye Rogers
23 S. Kirkwood Street
Dover, DE  19904

Frederick H. Schranck, Esq.
Deputy Attorney General
Dept. Of Justice
P.O. Box 778
Dover, DE  19903

Re: Kendall Raye Rogers v. State of Delaware,
Dept. Of Public Safety/DMV
Civl Action No. 05-721-KAJ

Dear Mr. Rogers and Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court