

# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

M. JANE BRADY
ATTORNEY GENERAL

PLEASE RESPOND TO:
P.O. Box 778
Dover, DE 19903
Ph: (302) 760-2020
Fax: (302) 739-2585
fritz.schranck@state.de.us

December 12, 2005

Honorable Kent A. Jordan
United States District Court
District of Delaware
Lockbox 10 US Courthouse
844 King Street
Wilmington, DE 19801

RE: Rogers v State of Delaware
CA No. 05-721-KAJ

Dear Judge Jordan:

Enclosed is a copy of the Scheduling Order I prepared for the above matter with the agreed upon dates inserted. A copy of this document is on its way to Mr. Rogers as well. Our office will be initiating the conference call on Thursday, December 15 at 12:30.

Thank you for your attention to this matter. Please feel free to call me at 760-2020 if you have any questions.

Respectfully submitted,

/s/ Frederick H. Schranck
Frederick H. Schranck #925
Deputy Attorney General
*Attorney for Defendant State of Delaware*

FHS/cmt