

# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

### CARL C. DANBERG
**Attorney General**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY**<br>**Carvel State Building**<br>**820 N. French Street**<br>**Wilmington, DE 19801**<br>**Criminal Division (302) 577-8500**<br>**Fax: (302) 577-2496**<br>**Civil Division (302) 577-8400**<br>**Fax: (302) 577-6630**<br>**TTY: (302) 577-5783** | **KENT COUNTY**<br>**102 West Water Street**<br>**Dover, DE 19904**<br>**Criminal Division (302) 739-4211**<br>**Fax: (302) 739-6727**<br>**Civil Division (302) 739-7641**<br>**Fax: (302) 739-7652**<br>**TTY: (302) 739-1545** | **SUSSEX COUNTY**<br>**114 E. Market Street**<br>**Georgetown, DE 19947**<br>**(302) 856-5352**<br>**Fax: (302) 856-5369**<br>**TTY: (302) 856-2500** |

**PLEASE REPLY TO:**
**P.O. Box 778**
**Dover, DE  19903**
**Ph: (302) 760-2020**
**Fax: (302) 739-2585**
**fritz.schranck@state.de.us**

June 29, 2006

Honorable Kent A. Jordan
United States District Court
District of Delaware
Lockbox 10 US Courthouse
844 King Street
Wilmington, DE  19801

RE:    Rogers v State of Delaware Interim Status Report
          CA No. 05-721-KAJ

Dear Judge Jordan:

As noted in the scheduling order, this is the required Interim Status Report.

I will soon take the plaintiff's deposition, and serve additional requests for production. I expect the deposition to be conducted within the next two weeks. Plaintiff has not sought any further discovery from defendant, other than what was provided in the initial disclosures under Rule 26(a)(1).

After discovery, I expect to file a case-dispositive motion.

Some time ago I also requested plaintiff to provide me with a description of his settlement demands, which he provided. What he seeks is unacceptable to the State. Nonetheless, I will seek another statement after the deposition.

Honorable Kent A. Jordan
June 29, 2006
Page 2

Respectfully submitted,

*/s/ Frederick H. Schranck*
Frederick H. Schranck #925
Deputy Attorney General
*Attorney for Defendant State of Delaware*

FHS/cmt
cc: Kendall Rogers