**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:
P.O. Box 778
Dover, DE 19903
Ph: (302) 760-2020
Fax: (302) 739-2585
fritz.schranck@state.de.us

July 6, 2006

Honorable Kent A. Jordan
United States District Court
District of Delaware
Lockbox 10 US Courthouse
844 King Street
Wilmington, DE 19801

RE: Rogers v State of Delaware--Interim Status Conference
CA No. 05-721-KAJ

Dear Judge Jordan:

As noted in the Scheduling Order, a Status Conference for this matter is scheduled by telephone for 4:30 pm today. My staff has discussed the Interim Status Report that I filed with the court on June 29th with Mr. Rogers, and he and I are in agreement that there is nothing to be added to the status report at this time. Therefore, as set out in the Order, please accept this letter as a request from both parties to remove the conference from the Court's calendar.

Respectfully submitted,

/s/ Frederick H. Schranck
Frederick H. Schranck #925
Deputy Attorney General
*Attorney for Defendant State of Delaware*

FHS/dm
cc:  Kendall Rogers
     Clerk, U.S. District Court