## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENDALL RA YE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-721-KAJ |
| | ) | |
| STATE OF DELA WARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY/ | ) | |
| DMV, | ) | |
| | ) | |
| Defendants, | ) | |

NOTICE OF DEPOSITION DUCES TECUM*

TO:  Kendall Rogers
23 South Kirkwood Street
Dover, DE 19904

PLEASE TAKE NOTICE that the undersigned will take the deposition* of Kendall Rogers in the Milford Conference Room of the Department of Transportation Administration Center at 800 Bay Road in Dover Delaware on July 19, 2006 at 10:30 am.

State of Delaware

/s/ *Frederick H Schranck*
Frederick H. Schranck (ID #925)
Deputy Attorney General
P.O. Box 778
Dover, DE 19903
(302) 760-2020
Attorney for State Defendants

DATE: July 6, 2006

* DUCES TECUM: Deponent is to bring with him any documents on which he intends to rely/refer at trial.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RA YE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-721-KAJ |
| | ) |
| STATE OF DELA WARE, | ) |
| DEPARTMENT OF PUBLIC SAFETYI | ) |
| DMV, | ) |
| | ) |
| Defendants, | ) |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that on July 6, 2006 the attached NOTICE OF .

DEPOSITION DUCES TECUM was filed via CMIECF and served via US Mail on:

Kendall A. Rogers
23 South Kirkwood Street
Dover, DE 19904

        State of Delaware

        <u>Isl *Frederick H Schranck*</u>
        Frederick H. Schranck (ID #925)
        Deputy Attorney General
        P.O. Box 778
        Dover, DE 19903
        (302) 760-2020
        Attorney for State Defendants

DATE: July 6, 2006