IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-721-KAJ |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF PUBLIC SAFETY/ ) | |
| DMV, ) | |
| ) | |
| Defendants, ) | |

**DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO PLAINTIFF**

Now comes Defendant, State of Delaware, pursuant to Fed. R. Civ. Pro. 34, who requests that Plaintiff produce the following documents within thirty days:

**DOCUMENTS REQUESTED**

1. All documents identified in Plaintiff's Rule 26 Initial Disclosures.

    RESPONSE:

2. Original personnel files regarding Plaintiff.

    RESPONSE:

3. All documents provided to or received from the Equal Employment Opportunity Commission.

    RESPONSE:

4. Any written statements taken by Plaintiff referring or relating to Defendant and the allegations in the Complaint.

    RESPONSE:

5. Any documents Plaintiff intends to use at any depositions or at trial.

   RESPONSE:

6. Any documents referring or relating to allegations set out in the Complaint.

   RESPONSE:

7. Any documents referring or relating to complaints made by Mr. Rogers, formal or informal, relating to the work environment, or complaints made by others relating to the work environment.

   RESPONSE:

8. Any documents provided to or received from any expert that Plaintiff intends to call as an expert witness at trial.

   RESPONSE:

9. All documents referring or relating to or recording your answers to Defendant's First Set of Interrogatories.

   RESPONSE:

STATE OF DELAWARE
DEPARTMENT OF TRANSPORTATION

*/s/ Frederick H. Schranck*
Frederick H. Schranck (ID No. 925)
Deputy Attorney General
Department of Transportation
800 Bay Road
P.O. Box 778
Dover, DE 19903
(302) 760-2020
Attorney for Defendants State of
Delaware Department of Transportation/DMV

Dated: July 13, 2006