IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENDALL RAYE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-721-KAJ |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY/ | ) | |
| DMV, | ) | |
| | ) | |
| Defendants, | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that on July 13, 2006 the attached

DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF AND

DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO

PLAINTIFF were filed via CM/ECF and served via hand delivery on:

Kendall A. Rogers
23 South Kirkwood Street
Dover, DE  19904

> STATE OF DELAWARE
> DEPARTMENT OF TRANSPORTATION
>
> */s/ Frederick H. Schranck*
> Frederick H. Schranck  (ID No. 925)
> Deputy Attorney General
> Department of Transportation
> 800 Bay Road
> P.O. Box 778
> Dover, DE  19903
> (302) 760-2020
> Attorney for Defendants State of
> Delaware Department of Transportation/DMV

Dated:   July 13, 2006