1-19-06 ①

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 14 PM 1:03

C. A. No. 05-721-KAJ

Plaintiff Kendall Raye Rogers

Plaintiffs' Initial Disclosures Pursuant to Fed. R. CIV. P. 26(a)

1. Stephen J. Willis, LLEO (DOL)
Julie Cutler
Labor Law Enforcement Supervisor (DOL)
James Cagle (DOL)
Cyrella Caldwell (DOL)
Harold Stafford (DOL)

Kendall R. Rogers

1-19-06  (2)

C.A. No. 05-721-KAJ

Plaintiff Kendall Kaye Rogers
Plaintiffs' Initial Disclosures
Pursuant To Fed. R. Civ.
P. 26(a)

Marie M. Tomasso
Dist. Director E.E.O.C.

Joseph Danese E.E.O.C. 215-440-2645
Alfred Harris E.E.O.C. 215-440-2811

U.S. E.E.O.C. Philadelphia PA. 19106-2515 PH: 215 451-5800 TOD 215-451-5814
The Bourse, Suite 400, 21 S. Fifth St.

Kendall R. Rogers

1-19-06  ③

C.A. No. 05-721-KAJ

Plaintiff Kendall Kaye Rogers
Plaintiffs' Initial Disclosures
Pursuant To Fed. R. Civ. P. 26(a)

William B. Fenton
Deputy Chief
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section-PHB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Kendall K. Rogers

④ 1-19-06

C. A. No. 05-721-KAJ

## Certificate Of Service
## United States District Court
## District of Delaware

I hereby certify that on January 19, 2006 I mailed by U.S. Mail a copy to the Defendants ~~out~~ and Clerk of the Court.

Kendall Rogers

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570

C.A. No. 05-721-KAJ

To whom this may concern

I am adding three more names to plaintiff Initial Disclosure

Thomas Barbetta     C.A. NO. 05-721-KAJ
2051 Leipsic Rd
Dover 19901
302 734-0357

Wendell Green         C.A. No. 05-721-KAJ
58 Freedom Dr.
Dover  15222
302 730 9395

Cesar Franceschi    C. A. NO. 05-721. KAJ
3365 Irish Hill Rd
Mgnla.    19962

302-335-5507

C.A. NO. 05-721-KAJ

I hereby certify that on July fourteen 2006 I mailed by U.S. mail a copy to the: Frederick H. Schranck
Department of Justice
Delaware Dept. of Transportation
P.O. Box 778
Dover DE. 19903