Motion For Appointment of Concelor   C.A. NO. 05 721 KAJ

To whom it may concern

I asked for public defender when the case or complaint was filed, what is the status please.

Thank You
Kendall Rogers

Copy mailed to
Frederick H. Schranck
Dept. of Justice
Delaware Dept. of Transportation
P.O. Box 778

2006 JUL 14 PM 1:18
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE