OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 17, 2006

TO: Kendall Raye Rogers
Kendall Raye Rogers, Pro se
23 South Kirkwood Street
Dover, DE 19904

*RE: Status Letter; 05-721(KAJ)*

Dear Mr. Rogers:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: Docket Sheet

7-14-06

(21)

Motion For Appointment of Council C.A. NO. 05 721 KAJ

To whom it may concern

I asked for public defender when the case or complaint was filed, what is the status please.

Thank You
Kendall Rogers

Copy mailed to
Frederick H. Schranck
Dept. of Justice
Delaware Dept. of Transportation
P.O. Box 778