IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENDALL RAYE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-721-KAJ |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY/ | ) | |
| DMV, | ) | |
| | ) | |
| Defendants, | ) | |

### RE-NOTICE OF DEPOSITION DUCES TECUM*

TO:  Kendall Rogers
23 South Kirkwood Street
Dover, DE 19904

PLEASE TAKE NOTICE that the undersigned will take the deposition* of Kendall Rogers in the Milford Conference Room of the Department of Transportation Administration Center at 800 Bay Road in Dover Delaware on August 11, 2006 at 11:00 am.

State of Delaware

/s/ Frederick H. Schranck
Frederick H. Schranck (ID #925)
Deputy Attorney General
P.O. Box 778
Dover, DE 19903
(302) 760-2020
Attorney for State Defendants

DATE: July 25, 2006

* DUCES TECUM: Deponent is to bring with him any documents on which he intends to rely/refer at trial.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-721-KAJ |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF PUBLIC SAFETY/ | ) |
| DMV, | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on July 25, 2006 the attached RE-NOTICE OF DEPOSITION DUCES TECUM was filed via CM/ECF and served via hand delivery on:

Kendall A. Rogers
23 South Kirkwood Street
Dover, DE  19904

                        State of Delaware

                        */s/ Frederick H. Schranck*
                        Frederick H. Schranck (ID #925)
                        Deputy Attorney General
                        P.O. Box 778
                        Dover, DE  19903
                        (302) 760-2020
                        Attorney for State Defendants

DATE: July 25, 2006