IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, )<br>        Plaintiff, )<br>        v. )<br>STATE OF DELAWARE, )<br>DEPARTMENT OF PUBLIC SAFETY/ )<br>DMV, )<br>        Defendants, ) | C. A. No. 05-721-KAJ |

**DEFENDANT STATE OF DELAWARE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. Proc. 56 (c), the Defendant State of Delaware moves for summary judgment as a matter of law, for the reasons set forth in the accompanying Opening Brief in support of this motion, filed jointly herewith.

Respectfully submitted,

State of Delaware

/s/ *Frederick H. Schranck*
Frederick H. Schranck (ID #925)
Deputy Attorney General
P.O. Box 778
Dover, DE  19903
(302) 760-2020
Attorney for Defendant
State of Delaware

DATE: September 27, 2006