IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 05-721-KAJ |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF PUBLIC SAFETY/ | ) |
| DMV, | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on August 31, 2006 the attached

DEFENDANT'S RESPONSE TO PLAINTIFF'S INTERROGATORIES DIRECTED TO

DEFENDANT and attached AFFIDAVIT OF JACK EANES AND MICHAEL MCCANN were

filed via CM/ECF and served via USPS on:

Kendall A. Rogers
23 South Kirkwood Street
Dover, DE  19904

        State of Delaware

        /s/ *Frederick H. Schranck*
        Frederick H. Schranck (ID #925)
        Deputy Attorney General
        P.O. Box 778
        Dover, DE  19903
        (302) 760-2020
        Attorney for State Defendants

DATE: August 31, 2006