# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:
P.O. Box 778
Dover, DE 19903
Ph: (302) 760-2020
Fax: (302) 739-2585
fritz.schranck@state.de.us

October 6, 2006

Honorable Kent A. Jordan
United States District Court
District of Delaware
Lockbox 10
US Courthouse
844 King Street
Wilmington, DE 19801

RE:   Rogers v. State of Delaware
      C.A. No. 05C-721-KAJ

Dear Judge Jordan:

    Judge Thynge held a Status Conference for this matter on October 4, 2006. After that conference, Mr. Rogers and I discussed the matter of the briefing schedule for the State's Motion for Summary Judgment. We agreed to seek your approval to expand the time frame so that Mr. Rogers would have additional time to prepare his Answering Brief. The Stipulated Expanded Briefing Schedule for Defendant's Motion for Summary Judgment contains the schedule Mr. Rogers and I discussed.

Honorable Kent A. Jordan
October 6, 2006
Page 2

    On our mutual behalf, I appreciate your consideration of this request.

                      Respectfully submitted,

                      */s/ Frederick H. Schranck*
                      Frederick H. Schranck (ID #925)
                      Deputy Attorney General
                      Attorney for Defendant

FHA/dm

cc:    Kendall Rogers (w/enc.)
        Clerk, U.S. District Court (w/enc.)