IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, )<br>DEPARTMENT OF PUBLIC SAFETY/ )<br>DMV, )<br>)<br>Defendants, ) | C. A. No. 05-721-KAJ |

**STIPULATED EXPANDED BRIEFING SCHEDULE**
**FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The following briefing schedule is established with respect to the Defendant's previously filed Motion for Summary Judgment:

1. Defendant's Opening Brief: Filed with the Motion.

2. Plaintiff's Answering Brief: October 31, 2006.

3. Defendant's Reply Brief: November 15, 2006.

Kendall Raye Rogers

*Kendall Raye Rogers*
**Kendall Raye Rogers, Pro se**
23 South Kirkwood Street
Dover, DE 19904

State of Delaware

/s/ Frederick H. Schranck
**Frederick H. Schranck (ID #925)**
Deputy Attorney General
P.O. Box 778
Dover, DE 19903
(302) 760-2020
Attorney for Defendant
State of Delaware

SO ORDERED, this _____ day of _____, 2006.

_____
Judge