IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENDALL RAYE ROGERS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-721-KAJ |
| | : | |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY/DMV, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **1st** day of **November, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, December 13, 2006 at 11:30 a.m. to be initiated by defense counsel, Frederick H. Schranck, Esquire.** The purpose of this teleconference is to discuss the status of the case and whether the parties are interested in court-assisted ADR.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE