Plaintiff State of Delaware's Motion For Summary Judgment

KENDALL RAYE ROGERS,

Plaintiff

C. A. No. 05-721-KAJ

V.

STATE OF DELAWARE,

DEPARTMENT OF PUBLIC SAFETY/

DMV,

Defendants

The Plaintiff moves for judgment as a matter of law, for reasons set forth in the documents that has been filed to support this motion.

Thank You

Kendall Raye Rogers

23 S. Kirkwood st

Dover, DE. 19904

3026781218

## STATEMENTS OF FACTS

1. The defendants went to a special meeting after the " no cause" finding was issued from the first discrimination charge; and then got the State Personnel to "unfreeze" a permanent position for Charing Party per an Americans with Disabilities Act during the State of Delaware hiring freeze.

2. Plaintiff was transferred 50 miles from his original job site less than a month after the no cause findings.

3. Charging party is the only black tech II in the department.

4. March 8, 2002 plaintiff was transferred to Dover Driver's Services Section and was told that the section was short staffed.

5. Plaintiff worked in the Dover site over a year.

6. Three white managers had a meeting on February 10 informing plaintiff he was involuntarily and permanently transferred to New Castle.

7. Defendants say they asked white co-workers if they wanted to volunteer to go to New Castle after Plaintiff had meet with managers and had been transferred to New Castle.

8. The Division Of Industrial Affairs says on June 30, 2003 that a Discrimination Act has occurred.

9. On January 15, 2003, Charging Party's received a no cause finding. On February 18, 2003, he was involuntarily transferred to another site 50 miles from his former work location. Charging party says that he was transferred because of his race and because he filed a charge of employment discrimination.

10. White co-worker told charging party that he had transferred from the inspection lane to driving license because of knee operation.

11. Plaintiff knows that there were two white co-worker with more experience and less senority who could have been transferred.

12. The EEOC of Philadelphia has agreed that evidence supports Charging party's allegation that he was discriminated against because of his race (black) and retaliated against because he filed a charge of discrimination.

13. I was the only person singled out for this assignment, I asked co-workers if they had been asked they told me no.

14. Management made statements that being the least senior technician II also was a factor in being chosen for the reassignment.

15. As the Plaintiff I have been discriminated against twice and the Attoney General Office should be ashamed of themselves to represent a state agency that has fabercated situration after situration.

16. U.S. Department of Justice , Washington, DC 20530, Civil Rights Division states that we forward the charging party a notice of right to sue.

C. A. NO. 05-721-KA

Kendall Laye Rogers,

Plaintiff

V

State of Delaware Depart.
of Public Safety Division of
Motor Vehicles

Defendant

Notice of Service
Plaintiff State of Delaware's
Motion For Summary Judgem
Response.

To Frederick H. Schranck
800 Bay Rd.
P. O. Box 778
Dover, DE. 19903
302-760-2020