## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-721-*** |
| | : |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY/DMV, | : |
| | : |
| Defendant. | : |

## <u>ORDER</u>

At Wilmington, Delaware, this **14th** day of **March, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, August 29, 2007 at 11:00 a.m.** with Judge Thynge to discuss the progress of the settlement negotiations. **Frederick H. Schranck, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

<u>/s/ Mary Pat Thynge</u>
UNITED STATES MAGISTRATE JUDGE