IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-721-*** |
| STATE OF DELAWARE, DEPARTMENT OF PUBLIC SAFETY/DMV, | : |
| Defendant. | : |

### ORDER

At Wilmington, Delaware, this **29th** day of **August, 2007**.

A status teleconference was held on August 29, 2007 with plaintiff and counsel for defendants participating. As a result of that teleconference,

IT IS ORDERED that Frederick H. Schranck, Esq. shall provide a joint update/status report on or before October 1, 2007 regarding the matters discussed during the teleconference of August 29, 2007. If counsel and the plaintiff cannot agree on the contents of that report, separate reports may be submitted.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE