Honorable Judge Mary Pat Thynge

844 North King St., Room 4209

Lock Box 8

Wilmington, De. 19801


Dear Honorable Judge Thynge:

Judge Thynge, on Aug. 29 2007 Mr. Schranck said that he would call me on Friday and call you after labor day about talking to the del-dot Personnel Office about getting me a position. He didn't call me judge: also on 2-12-07 I call Mr. Schranck and told him that I had applied for the Human Resources Specialist I position at Department of Transportation ; so he could go and talk to the department about getting me the job. I called Mr Schranck on 2-28-07 and asked if he had talked to the department he said no, but he would go and talk to the department. This is the Third time Mr Schranck has said he was going to talk to Personnel office and never does it.

                                                        Thank You

                                                        Kendall Rogers

                                                        *Kendall Rogers*

9-16-07

Honorable Judge Mary Pat Thynge
844 North Kings Street Rm. 4209
Lock Box 8
Wilmington, DE 19801



Kendall R. Rogers
23 S Kirkwood St.
Dover, DE 19904-3239



RECEIVED SEP 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE