

**DEPARTMENT OF JUSTICE**
KENT COUNTY
102 WEST WATER STREET
DOVER, DE 19904

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727
CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
TTY (302) 739-1545

PLEASE RESPOND TO:
P.O. Box 778
Dover, DE 19903
Ph: (302) 760-2020
Fax: (302) 739-2585
fritz.schranck@state.de.us

October 5, 2007

Honorable Mary Pat Thynge
United States District Court
District of Delaware
Lockbox 10 US Courthouse
844 King Street
Wilmington, DE 19801

RE: Rogers v State of Delaware
    CA No. 05-721-KAJ

Dear Judge Thynge:

I apologize for the late delivery of this status letter. I'd forgotten to send it on October 1, and my mother died that night.

As for status, I've continued to ask my clients about any employment opportunities for Mr. Rogers, and will do so again upon my return to work on Wednesday of next week. Thus far they haven't identified any such openings.

I'm also sorry I did not notify Mr. Rogers of this fact. I will keep him updated as well in the future.

Respectfully submitted,

/s/ Frederick H. Schranck
Frederick H. Schranck #925
Deputy Attorney General
*Attorney for Defendant State of Delaware*

FHS/cmt

cc: Clerk, US District Court
    Kendall Rogers