Honorable Judge Mary Pat Thynge

844 North King St., Room 4209          C. A. No. 05-721

Lock Box 8

Wilmington , De. 19801



Dear Honorable Judge Thynge:

Judge, I think Mr. Schranck is a person who will say anything to make things alright at the moment if its the truth or not. I would like to see one piece of document that proves that he has talked to the Del - dot personnel office about getting me a position. He says he wants to work on settling the case but all he does is say what he is going to do but never does anything . Judge he is not being fair the process is not being done fairly toward me, he has lied three times about talking to the Del-dot personnel office. He said he was going to talk to the DMV about monetary amount he never told us anything . Why is he allowed to pretend that he doing work on the case when in actuality he is doing nothing. What does waiting on a judge to do the case have to do with settling the case he is making excuses not to settle the case. Here are papers showing were I have applied for another job at Department Of Transportation . I will contact Mr Schranck and let him know that I applied.

Thank You

Kendall Rogers

Kendall Rogers

10-10-07



## State of Delaware
The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search  This Site  | Your Search... | Go    Citizen Services | Business Services | Visitor Info

**Office of Management and Budget : Human Resource Management : Employment Services** >>Return to DEL Career Opportunities

| Date Sent | How Sent | Original |
|---|---|---|
| 9/25/2007 11:13:00 PM | Email | |



KENDALL ROGERS
23 S KIRKWOOD ST.
DOVER, DE 19904-
rog-29-9826

Dear KENDALL ROGERS,

This is your e-mail confirmation notice that your application for Administrative Specialist II 091807-MAAA02-550500 was received in the State of Delaware's Office of Human Resource Management.

Your application was received on 9/25/2007 11:12:39 PM. The filing deadline for this job is 10/1/2007 11:59:00 PM.

If you want to review your application or submit an application for another job, please return to the Current Employment Opportunities page at http://www.jobaps.com/de/.

If you need to update your e-mail address, mailing address, phone, or other contact information, you may do this by returning to the Current Employment Opportunities page and clicking on the button 'Update Contact Info'.

If you have any questions regarding the application and selection process, please contact us at jobs@state.de.us.

Thank you for your application.

about this site | contact us | translate | delaware.gov

C. A. NO. 05 - 721



Honorable Judge Mary Pat

Thynge, 844 North King St.,

Room #4209 Lock Box 8

Wilmington DE. 19801

U.S.M.S.
X-RAY

Kendall Rogers

23 S. Kirkwood St.

Dover  DE. 19904