05-721

3-10-08

Dear Judge Sue L. Robinson

I Kendall Faye Rogers would like some documents on the status of my case please. I thought that my case was waiting on a trial date only. When I came into the Clerk office I was told that there was a pending decision called Motion for Summary Judgement. Can this judgement be explained to me please.

Thank You

Kendall Rogers