OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 17, 2008

TO:  Kendall Raye Rogers, Pro Se
     23 South Kirkwood Street
     Dover, DE 19904

     **RE:  REQUEST FOR STATUS OF CASE, CA 05-721 SLR**

Dear Mr. Rogers:

     This is in response to your letter received March 10, 2008 requesting the status of your case and an explanation regarding the pending Motion for Summary Judgment filed by the State of Delaware. Please be advised that the Clerk's Office is unable to render legal advice.  A copy of the docket sheet in the above noted civil action is provided for your reference.

     Please note that the fee for copies (including docket sheets) is fifty cents ($.50) per page.  **A copy of the docket is enclosed, free of charge for this request only.**  Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/rbe                               PETER T. DALLEO
                                   CLERK

cc:  The Honorable Sue L. Robinson, CA 05-721 SLR