IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-721-SLR |
| | ) |
| STATE OF DELAWARE, DEPT. OF PUBLIC SAFETY/DMV, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 31th day of March, 2008, consistent with the memorandum opinion issued this same date;

IT IS HEREBY ORDERED that defendant's motion for summary judgment (D.I. 28) is granted. The Clerk of Court is directed to enter judgment for defendant and against plaintiff.

_____
United States District Judge