IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL RAYE ROGERS,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Civ. No. 05-721-SLR |
| ) | |
| STATE OF DELAWARE, DEPT. OF      ) | |
| PUBLIC SAFETY/DMV,      ) | |
| ) | |
| Defendants.      ) | |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of March 31, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant State of Delaware, Dept. of Public Safety/DMV and against plaintiff Kendall Raye Rogers.

_____
United States District Judge

Dated: April 1, 2008

_____
(By) Deputy Clerk