Civ. No. 05-721-SLR

Honorable Kent A. Jordan:

I Kendall Raye Rogers would like you to look over this case (05-721-SLR) because Judge Thynge had told me that the case was going to court. But Judge Robinson ended the case because of Defendants' Motions. E-mails shows that the D.M.V. made up their imformation

Civ. No. 05-721-SLR

after I file a retaliation claim. Its all right in this report, this is what I was going to use in Court.

Thank You
Kendall Rogers

